**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 22-cv-2051-REB-SBP

ROBERTA FORD,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

---

**Blackburn, J.**

The matter before the court is plaintiff's **Motion for Dismissal With Prejudice** [#89],[1] filed February 26, 2024. I grant the motion.

Defendant filed an answer in this case ([#10], filed August 19, 2022). Because the parties have not filed a "stipulation of dismissal signed by all parties who have appeared," **FED. R. CIV. P.** 41(a)(1)(B), dismissal is not automatic but may be granted only by court order "on terms that the court considers proper," **FED. R. CIV. P.** 41(a)(2).

Dismissal under the rule thus lies within the sound discretion of the court. ***Clark v. Tansy***, 13 F.3d 1407, 1411 (10th Cir. 1993) (citing 9 C. Wright & A. Miller, ***Federal Practice and Procedure*** § 2364 at 161 (1971). In exercising that discretion, the court should bear in mind the purposes of the rule, which "is designed primarily to prevent voluntary dismissals which unfairly affect the other side, and to permit the imposition of

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

curative conditions." *Id*. (citation and internal quotation marks omitted).

In her prior **Notice of Settlement** (#[87], filed January 26, 2023), plaintiff represented the parties had reached a settlement agreement in this case. Defendant asserted no counterclaims in the lawsuit and will suffer no unfair prejudice if the case is dismissed. *Id.* ("It is the prejudice to the [opposing party], rather than the convenience of the court, that is to be considered in passing on a motion for dismissal.") (citation and internal quotation marks omitted; alteration in original). For the same reason, no further curative provisions or conditions are warranted.

I therefore find and conclude the motion should be granted. The dismissal shall be with prejudice, as requested in the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for Dismissal With Prejudice** [#89], filed February 26, 2024, is granted;

2. That plaintiff's claims against defendant are dismissed with prejudice, with each party to pay its own attorney fees and costs; and

3. That this case is closed.

Dated February 27, 2024, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge